**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL STEVE COX, #40295 | )<br>)<br>) |
| Plaintiff, | )    3:12-cv-00483-LRH-VPC |
| vs. | )<br>) |
| NEVADA, STATE OF, *et al.*, Defendants. | )    **ORDER**<br>)<br>) |

Plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 16, 2012, this court issued an order denying his application to proceed *in forma pauperis* (ECF #3). Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious and the subject matter of this action does not indicate that plaintiff is in imminent danger of serious physical injury. On November 7, 2012, the Ninth Circuit Court of Appeals issued an order directing that plaintiff's appeal of this court's order would not be permitted to proceed (ECF #6). Accordingly, plaintiff has thirty (30) days from the date of entry of this order to pay the $350 filing fee in full.

**IT IS THEREFORE ORDERED** that this entire action will be dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

DATED this 16th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE